**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOHN FREEMAN,

                              CASE NO.: 3:17-cv-01346-HES-JBT

    Plaintiff,

    v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, Diversified Consultants, Inc. (DCI), through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: June 7, 2018

                              Respectfully submitted,

                              */s/ Michael P. Schuette*
                              Michael P. Schuette, Esq.
                              Florida Bar No. 0106181
                              Dayle M. Van Hoose, Esq.
                              Florida Bar No. 0016277
                              SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                              3350 Buschwood Park Drive, Suite 195
                              Tampa, Florida 33618
                              Telephone: (813) 440-5327

Facsimile: (866) 466-3140
mschuette@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant,
Diversified Consultants, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 7th day of June 2018, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiffs' counsel as described below.  Parties may access this filing through the Court's system.

Heather H. Jones, Esq.
William Peerce Howard, Esq.
The Consumer Protection Firm
210-A South MacDill Avenue
Tampa, FL 33609

*/s/ Michael P. Schuette*
Attorney